UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HALIO TEIXEIRA,<br><br>    Petitioner,<br><br>v.<br><br>PATRICIA HYDE et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 25-13323-LTS<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

December 1, 2025

SOROKIN, J.

    Pursuant to the Court's Order dated November 17, 2025 (Doc. No. 10), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

    All parties shall bear their own fees and costs.

                                                            SO ORDERED.

                                                           /s/ Leo T. Sorokin
                                                         United States District Judge